084343.0014(207)  RMC:lab  #397

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| **OWNERS INSURANCE COMPANY,** | ) | |
| | ) | |
| Plaintiff, | ) | No. 23-cv-2926 |
| | ) | |
| v. | ) | **Judge Jorge L. Alonso** |
| | ) | |
| **COLLIERS BENNETT & KAHNWEILER,** | ) | **Magistrate Judge** |
| **LLC, a foreign limited liability company,** | ) | **Heather K. McShain** |
| **and ADAM CHMIELEWSKI,** | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO VOLUNTARILY DISMISS CERTAIN DEFENDANT

Now comes the Plaintiff, Auto-Owners Insurance Company, by its attorney, Robert Marc Chemers of Pretzel & Stouffer, Chartered, and moves this Honorable Court pursuant to Federal Rule of Civil Procedure 41(a)(2) to voluntarily dismiss its action with prejudice against Defendant Adam Chmielewski only pursuant to Stipulation, a copy of which is attached hereto. The action shall proceed as to the remaining Defendant.

Respectfully submitted:

/s/ Robert Marc Chemers
Robert Marc Chemers
Bar No. 0431508
PRETZEL & STOUFFER, CHARTERED
200 South Wacker Drive
Suite 2600
Chicago, Illinois 60606
Telephone: (312) 578-7548
Fax: (312) 346-8242
Email: rchemers@pretzelstouffer.com
*Attorneys for Plaintiff*