084343.0014 (207)                    RMC:lab                              No. 397

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| OWNERS INSURANCE COMPANY, | ) | |
| | ) | |
| **Plaintiff,** | ) | **No. 23-cv-2926** |
| | ) | |
| v. | ) | **Judge Jorge L. Alonso** |
| | ) | |
| **COLLIERS BENNETT & KAHNWEILER,** | ) | **Magistrate Judge** |
| **LLC, a foreign limited liability company,** | ) | **Heather K. McShain** |
| **and INGRAM SERVICES, INC., an Illinois** | ) | |
| **corporation,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### STIPULATION TO DISMISS

The Plaintiff, Auto-Owners Insurance Company, and the Defendants, Colliers, Bennett & Kahnweiler, LLC and Ingram Services, Inc., by their respective counsel, pursuant to settlement, stipulate and agree to the dismissal of this action with prejudice and with each party to bear its own costs.

AGREED TO AS STIPULATED.


*/s/ Robert Marc Chemers*

Robert Marc Chemers
PRETZEL & STOUFFER, CHARTERED
200 South Wacker Drive
Suite 2600
Chicago, Illinois 60606
(312) 578-7548
rchemers@pretzelstouffer.com
***Attorneys for Plaintiff***

*/s/ Timothy A. Renfro, Jr.*

Timothy A. Renfro, Jr.
SWANSON, MARTIN & BELL, LLP
330 North Wabash
Suite 3300
Chicago, IL 60611
(312) 222-8525
trenfro@smbtrials.com
***Attorneys for Defendant***
***Colliers Bennett Kahnweiler, LLC***

/s/ Jeffrey C. Blumenthal

Jeffrey C. Blumenthal
LAW OFFICE OF JEFFREY A.
BLUMENTHAL CHARTERED
2970 Maria Avenue
Suite 223
Northbrook, IL 60062
(847) 498-3220
jeffrey@jcblawyer.com
*Attorneys for Defendant*
*Ingram Services, Inc.*

/s/ Elizabeth M. Al-Dajani

Elizabeth M. Al-Dajani
KERKONIAN DAJANI LLC
1555 Sherman Avenue
Suite 344
Evanston, IL 60201
(312) 416-6180
ealdajani@kerkoniandajani.com
*Attorney for Defendant*
*Ingram Services, Inc.*

2